IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-465-WKW |
| | ) (WO) |
| RETRO, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

Before the court is Plaintiff James River Insurance Company's motion for default judgment against Defendants Retro, LLC d/b/a Rewind ("Retro"), and Mickey Phillips. (Doc. # 39); *see* Fed. R. Civ. P. 55(b).

On October 16, 2015, the Clerk of the Court entered default against Retro and Phillips. (Doc. # 29.) The well-pleaded allegations of the complaint state a cause of action for declaratory judgment against Retro and Phillips. Further, for the reasons stated in the June 9, 2016 Memorandum Opinion and Order (Doc. # 51), under Alabama law, Plaintiff is entitled to a declaratory judgment that it owes no duty to defend or indemnify Retro or Phillips with respect to the state court lawsuits filed by Jessica Lynn Tompkins and Natalie Lina Richardson. *See Tyco Fire & Sec., LLC v. Alcocer*, 218 F. App'x 860, 863 (11th Cir. 2007) ("Before entering a default judgment . . . , the district court must ensure that the well-

pleaded allegations in the complaint, which are taken as true due to the default, actually state a substantive cause of action and that there is a substantive, sufficient basis in the pleadings for the particular relief sought.").

Accordingly, it is ORDERED that Plaintiff James River Insurance Company's motion for default judgment against Retro and Phillips (Doc. # 39) is GRANTED.

Final declaratory judgment will be entered separately.

DONE this 20th day of July, 2016.

                                                     /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE